**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re

JUMBO DESIGN and BRANDS, INC.,

    Debtor.

Chapter 11

Case No. 20-B-10905-MG

-----------------------------------------------------------------X

## ORDER SCHEDULING INITIAL CASE CONFERENCE

  JUMBO DESIGN and BRANDS, INC (the "Debtor ") having filed a petition for reorganization under chapter 11 of the Bankruptcy Code on March 29, 2020, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

  ORDERED, pursuant to 11 U.S.C. § 105(d), that an initial case management conference will be conducted by the Honorable Martin Glenn, United States Bankruptcy Judge, by telephone using CourtSolutions (See Attached General Order M-543), on May 6, 2020 at 11:00 a.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which *alia*, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

  ORDERED, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to

serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five (5) largest secured claims, any post-petition lender to the Debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: **April 13, 2020**
New York, New York.

_____/s/ Martin Glenn_____
**UNITED STATES BANKRUPTCY JUDGE**